# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Steven Carl Landin,            Bankruptcy No. 23-41323
                                           Chapter 7 Case
               Debtor.

_____

Erik A. Ahlgren, Trustee,

               Plaintiff,
vs.                                            Adv Proc No. 23-04064

Robert Eugene Landin,

               Defendant.

## CERTIFICATE OF SERVICE

       I, Lisa Ahlgren, declare under penalty of perjury that on October 20, 2023 she caused to be served the following documents in connection with the above referenced case:

       Summons (Doc 3) and Complaint (Doc 1)

by sending true and correct copies via USPS first class postage pre-paid to:

Robert Eugene Landin
5341 75th Street NW
Pennock, MN 56279


Executed on: October 20, 2023          Signed: /e/Lisa Ahlgren
                                                                Lisa Ahlgren
                                                                220 W. Washington Ave, Ste 105
                                                                Fergus Falls, MN 56537