Dear Clerk of Court

Regarding Adv. Case No. 23-04064 Enclosed please find my response in opposition to Trustee's motion for Summary Judgement.

C.C. Erick Algren

RECEIVED BY MAIL

APR 15 2024

TIME: _____
CLERK, U.S. BANKRUPTCY COURT
ST. PAUL, MINNESOTA

*Robert Landin's in Response in opposition Too Trustee motion for Summary Judgement*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Steven Carl Landin                  Case No. 23-41323

Debtor.

## DEBTOR'S RESPONSE IN OPPOSITION TO TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS

1) Steven Carl Landin, "Debtor", submits this response in opposition to trustee's objection to claimed exemptions;

2) While trustee's objection states it is to "claimed exemptions" Debtor believes trustee's objection is limited to Debtor's claim of exemption under 11 U.S.C. Section 522(d)(5) of funds held by Debtor's brother in brother's account;

3) The material facts in this case are not in dispute;

4) Debtor filed Chapter 7 Bankruptcy on July 5, 2023;

5) On Schedule B, Debtor disclosed ownership of a Debit Card but no traditional bank account; Debtor also disclosed his brother was holding funds for Debtor. The actual disclosure on Schedule B states: "Brother's Bank account, storing funds for debtor (Source of funds is from debtor's 401k)";

6) On the Statement of Financial Affairs, debtor disclosed the following in number #18:

> Debtor placed 401k distribution proceeds from a 401k debtor owns into brother's account for safekeeping; Debtor did this because debtor does not have a bank account. Brother holds the money for debtor only; it was not transferred to brother for brother's use;

7) Debtor's 341 meeting was held on August 10, 2023. Trustee's objection was filed on September 8, 2023;

8) Debtor owned and possessed a 401k with a market value of approximately $12,426.55 on June 05, 2023. (See Exhibit A);

9) Of the $12,426.55, Debtor took a 401k distribution of $10,000.00 on or around June 5, 2023. (See Exhibit A);

10) Of the gross distribution of $10,000.00, Debtor received a check for $8000.00 after deducting Federal Taxes. (See Attached Exhibit A);

11) The check for $8,000.00 was made payable to "Steven Landin" (Debtor). (See Exhibit B);

12) On or around June 20, 2023, Debtor, not having an account of his own, caused the check made payable to him to be deposited into his brother's account for safekeeping. (See Exhibit B);

13) Debtor's brother's bank records reflect the deposit of debtor's 401k money on June 20, 2023. (See Exhibit C);

14) Debtor's instructions to his brother is you are only holding my funds for purposes of making it available to Debtor so Debtor could pay his own personal expenses;

15) Debtor did not give brother any legal right to spend Debtor's money being held by Debtor's brother;

16) Section 541(a)(1) of the Bankruptcy Code states assets of the estate includes all of debtor's legal and equitable interests of debtor in property as of the commencement of the case;

17) Here, debtor held a legal and equitable interest in $4,300.00 be held by brother for debtor;

18) While trustee does not bring an action to avoid a transfer under Section 548/550 of the Bankruptcy Code, Trustee seems to take the position debtor cannot exempt an asset Trustee asserts no longer belongs to Debtor because it was transferred to Debtor's brother;

19) In other words, Trustee argues Debtor's brother is in effect an "initial transferee" under Section 550(a)(1) of the Bankruptcy Code;

20) Unfortunately, the Bankruptcy Code does not define an "initial transferee";

21) The 8th Circuit has adopted the "Dominion and Control" test See Luker v. Reeves, 65 F.3d 670 (8th Cir. 1995)First Sec. Mtg. Co., 33 F.3d 42 (10th Cir. 1994) and In Re Coutee, 984 F.2d 138 (5th Cir. 1993);

22) The "Initial transferee" dominion and control test is purely concerned with rights; whether or not transferee may or may not have exercised control over the transferred funds is irrelevant. See In re Blastein, 260 B.R. 698, 717-718 (E.D. PA. 2001);

23) Here, Debtor's brother had no legal right to spend Debtor's money, to spend it for brother's own use; The right to put the money to one's own purposes is the definition of "Dominion and Control";

24) Here the only control brother exercised over the funds was the control delegated to brother by Debtor;

25) Simply put, Debtor's brother held the funds in a fiduciary capacity only. Brother was obligated to make the funds available upon Debtor's demand which brother in fact had done;

26) Here, brother held funds only for purposes of making the funds available to Debtor. Debtor's brother got no benefit from the funds at all;

27) Brother was in possession of transferred funds as a mere conduit between other parties in the transactional chain and is not a transferee within the scope of Section 550(a) of the Bankruptcy Code;

28) Unlike the cases cited by Trustee including In re Corbin Lacina and Laura J. Lacina, 451 B.R. 485 (Bankr. D. Minn. 2011), here debtor fully disclosed his brother holding onto his funds in the bankruptcy schedules and listed the placement of those funds with brother in the Statement of Financial Affairs. In addition, unlike Lacina, where at first debtor testified he denied the existence of a bank account and then later testified he did actually have a bank account, here Debtor does not have a bank account which is why the funds were placed in brother's account;

29) Trustee sent Debtor's attorney the Lacina case prior to filing the objection stating Trustee thought our case was similar to Lacina; Our facts are the polar opposite of Lacina;

30) Here, debtor's funds came from an exempt 401k distribution. The funds were placed in brothers account because debtor had no account and brother was simply holding funds only for purposes of making the funds available upon Debtor's demand;

31) Debtor retained ownership of the $4,300 held in brother's account and is entitled to exempt this asset under 522(d)(5);

32) This court should respectfully overrule trustee's objection to debtor's funds in the amount of $4,300.00 being held by debtor's brother.

Dated:

LIFE BACK LAW FIRM, P.A.

/e/ WESLEY W. SCOTT #0264787
Attorney for Debtor
13 7th Avenue South
St. Cloud, MN 56301
(320) 252-0330
wes@lifebacklaw.com

## Verification

I, Steven Carl Landin, Debtor in this case, state and declare under penalty of perjury that the foregoing and supporting documents are true, correct, and accurate to the best of my knowledge, information and belief.

Dated: 10/06/2023

*Steven Landin*

_____
Steven Carl Landin

DUININCK COMPANIES 401(K) PLAN

06/05/2023

01648 800000209651629



SP 01 004580 49888 H 6 ASNGLP
STEVEN C LANDIN
13351 CTY RD 9 NE
SPICER MN 56288

**Questions?** Call 800-890-4015 (TTY, 1-800-610-4015), business days (except NYSE holidays) from 8:30 a.m. - 8:00 p.m, or go to http://netbenefits.401k.com.

# Distribution Statement

## Helpful To Know

- Review your transaction for accuracy, and report any discrepancies within 30 days.
- Remember to keep your account address up to date.
- Keep this stub (or report) until you receive your tax form next January.
- Retirement plan distributions may have tax consequences. You may want to consult a tax or financial professional.
- This distribution is from an employee benefit plan intended to be qualified under Internal Revenue Code section 401(a).

## Distribution Summary

The following is a summary of a partial distribution processed from your account.

| | |
|---|---|
| Beginning Balance | $12,426.55 |
| Less Withdrawal | ($10,000.00) |
| Ending Balance | $2,426.55 |

## Tax Information

| | Total |
|---|---|
| Total Distribution | $10,000.00 |
| Total Taxable Amount | $10,000.00 |
| Ordinary Income Amount | $10,000.00 |

## Check Information



Fidelity Investments Institutional Operations Company, Inc., 245 Summer Street, Boston, MA 02210

STEVEN C LANDIN Distribution Statement  Request ID 800000289651629  Plan Number 81846

STEVEN LANDIN
13351 CTY RD 9 NE
SPICER MN 56288

Check Date: 06/05/2023
Check Number:

Gross Amount: $10,000.00
Federal Tax: $2,000.00
Net Amount $8,000.00

Fidelity Investments Institutional Operations Company, LLC, 245 Summer Street, Boston, MA 02210

| | | | |
|---|---|---|---|
| ☐ VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. ☒ CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM LEFT TO RIGHT ☐ | | | |

**Fidelity** INVESTMENTS

DUININCK COMPANIES 401K PLAN

62-380/311

Fidelity Management Trust Company

$ **********8,000.00

| Check Number | Account Number | Date of Check | |
|---|---|---|---|
| 00201342957 | 81646 | June 5, 2023 | Void After 180 Days |

Eight Thousand Dollars And 00 Cents

PAY TO THE ORDER OF:

STEVEN LANDIN
13351 CTY RD 9 NE
SPICER MN 56288

Deutsche Bank Trust Company Delaware

*[signature]*

Authorized Signature

005903110

**FINANCIAL SECURITY BANK**
Kimball, MN
320.398.8101
Albertville, MN 55301
763.497.8000

ODP-60
Rev. 8/07

DEPOSIT

DATE 10/20/23
NAME Robert Carlson

☑ CASH INCLUDING COIN    4000 00
                          103 00

ACCOUNT NUMBER

✱ 429 659

SUB TOTAL

LESS CASH RECEIVED

NET DEPOSIT $ 8103.00

03

32392796

X Byers Lumber
Pay To The Order of
Robert Larkin

090207*5001005402<00002-00/20/2023-14:34:29

THE WORD SECURE ABOVE WILL BECOME
INVISIBLE WHEN HEAT ACTIVATED. HOLD
BETWEEN FINGERS OR RUB VIGOROUSLY.

DO NOT WRITE/SIGN/STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT



ROBERT EUGENE LANDIN
DBA RJL TRANSFER
5341 75TH ST NW
PENNOCK MN        56279

Financial Security Bank has new options for your debit card!
Support your local school district with our NEW School
Spirit Debit Card, or choose one of our 5 new designs!
Please go to our website to check out your options.

STATEMENT PERIOD: 06/20/2023 - 08/10/2023

FREE SMALL BUSINESS ▉▉▉▉▉▉▉▉▉▉▉▉                    15 08/00 12 CC

-- DEPOSITS AND MISCELLANEOUS TRANSACTIONS --

Deposit                                      8,103.00+   06/20
Safe Box Debit                    15.00-                 06/30
    Rent Payment For Safe Box: 169

-- ELECTRONIC TRANSACTIONS --

| DATE  | AMOUNT    | DESCRIPTION |
|-------|-----------|-------------|
| 06/22 | 10.39-    | ACH Debit |
|       |           | NewYorkLife-AARP [PPD] INSURANCE |
| 06/26 | 2,185.00- | ACH Debit |
|       |           | LifeBack Law Fir [WEB] Payment |
| 06/27 | 81.81-    | ACH Debit |
|       |           | CARDMEMBER SERV [PPD] ELECT PYMT |
| 06/30 | 78.28-    | ACH Debit |
|       |           | FUNERAL DIRECTOR [PPD] Insurance |
| 07/03 | 4.10-     | ACH Debit |
|       |           | ECON800-832-6858 [PPD] JUL INS |
| 07/03 | 113.00-   | ACH Debit |
|       |           | Kandiyohi Power [PPD] ACH Paymnt |
| 07/05 | 3.60-     | ACH Debit |
|       |           | BLUECROSS BLUESH [WEB] EDI PAYMTS |
| 07/10 | 118.89-   | ACH Debit |
|       |           | AT&T Services [ARC] CHECKPAYMT  CHECK #: 8582 |
| 07/12 | 999.00+   | ACH Credit |
|       |           | SSA TREAS 310 [PPD] XXSOC SEC |
| 07/24 | 10.39-    | ACH Debit |
|       |           | NewYorkLife-AARP [PPD] INSURANCE |
| 07/27 | 104.94-   | ACH Debit |
|       |           | NewYorkLife-AARP [PPD] INSURANCE |
| 07/31 | 38.51-    | ACH Debit |
|       |           | TDSIVR0000 [TEL] EDI PYMNTS |

CONTINUED ON PAGE ... 2

ROBERT EUGENE LANDIN
DBA RJL TRANSFER
5341 75TH ST NW
PENNOCK MN        56279

Financial Security Bank has new options for your debit card!
Support your local school district with our NEW School
Spirit Debit Card or choose one of our 5 new designs!
Please go to our website to check out your options.

STATEMENT PERIOD:  06/20/2023 - 08/10/2023

FREE SMALL BUSINESS                                            15 08/00 12 CC

-- ELECTRONIC TRANSACTIONS --

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 08/01 | 78.28- | ACH Debit<br>FUNERAL DIRECTOR [PPD] Insurance |
| 08/01 | 131.00- | ACH Debit<br>Kandiyohi Power [PPD] ACH Paymnt |
| 08/03 | 4.10- | ACH Debit<br>ECON800-832-6858 [PPD] AUG INS |
| 08/07 | 3.60- | ACH Debit<br>BLUECROSS BLUESH [WEB] EDI PAYMTS |
| 08/09 | 999.00+ | ACH Credit<br>SSA TREAS 310 [PPD] XXSOC SEC |

-- CHECKS --

| NUMBER | AMOUNT | DATE | NUMBER | AMOUNT | DATE | NUMBER | AMOUNT | DATE |
|---|---|---|---|---|---|---|---|---|
| 8584 | 108.50 | 07/12 | 8585 | 773.71 | 07/19 | | | |

-- BALANCE INFORMATION --

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 06/19 | 2,521.85 | 07/03 | 8,137.27 | 07/27 | 8,016.24 |
| 06/20 | 10,624.85 | 07/05 | 8,133.67 | 07/31 | 7,977.73 |
| 06/22 | 10,614.46 | 07/10 | 8,014.78 | 08/01 | 7,768.45 |
| 06/26 | 8,429.46 | 07/12 | 8,905.28 | 08/03 | 7,764.35 |
| 06/27 | 8,347.65 | 07/19 | 8,131.57 | 08/07 | 7,760.75 |
| 06/30 | 8,254.37 | 07/24 | 8,121.18 | 08/09 | 8,759.75 |

CONTINUED ON PAGE ... 3

ROBERT EUGENE LANDIN
DBA RJL TRANSFER
5341 75TH ST NW
PENNOCK MN        56279

Financial Security Bank has new options for your debit card!
Support your local school district with our NEW School
Spirit Debit Card or choose one of our 5 new designs!
Please go to our website to check out your options.

STATEMENT PERIOD:  06/20/2023 - 08/10/2023

SUMMARY:

| ACCOUNT NUMBER | PREVIOUS BALANCE | TOTAL DEBITS | | TOTAL CREDITS | | SERVICE CHARGE | ENDING BALANCE |
|---|---|---|---|---|---|---|---|
| DDA ████████5 | 18 | 3,863.10 | 3 | 10,101.00 | | .00 | 8,759.75 |

3